# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: May 2, 2007

To: United States Court of Appeals    Attn: (✓) Civil
     For the Ninth Circuit
     Office of the Clerk                 ( ) Criminal
     95 Seventh Street
     San Francisco, California 94103    ( ) Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:    CV 03-00651SOM      Appeal No:    05-16545

Short Title:    UFO Chuting of HI vs. Young

| | | |
|---|---|---|
| Clerk's Files in | 6 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 9 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____ Date: _____

cc: counsel