UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UFO CHUTING OF HAWAII, INC., a
Hawaii corporation; et al.,

        Plaintiffs - Appellants,

    V.

PETER T. YOUNG, in his capacity as
Chair of the Board of Land and Natural
Resources, State of Hawaii, and Acting
Director of the Department of Land and
Natural Resources, State of Hawaii; et al.,

        Defendants - Appellees,

UNITED STATES DEPARTMENT OF
COMMERCE; et al.,

        Defendant-Intervenors -
Appellees.

No.  05-16545
D.C. No.  CV-03-00651-SOM

**JUDGMENT**

FILED **IN THE**
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 3 2008

at ___11___ o'clock and __6__ min. ___PM

SUE BEITIA, CLERK

    Appeal from the United States District Court for the District of Hawaii
(Honolulu).

    This cause came on to be heard on the Transcript of the Record from the
United States District Court for the District of Hawaii (Honolulu) and was duly
submitted.

    On consideration whereof, it is now here ordered and adjudged by this
Court, that the judgment of the said District Court in this cause be, and hereby is
**AFFIRMED**.

Filed and entered 11/28/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 2 8 2008

by: _____
                    Clerk