MOATT INVATT
                                              i

INTERNAL USE ONLY: Proceedings include all events.
05-16545 UFO Chuting of HI, et al v. Young, et al

| | |
|---|---|
| UFO CHUTING OF HAWAII, INC., a Hawaii corporation<br>    Plaintiff - Appellant | Dennis Niles, Esq.<br>808/242-6644<br>[COR LD NTC ret]<br>PAUL, JOHNSON, PARK & NILES<br>P. O. Box 870<br>Wailuku, HI 96793<br><br>Michael R. Cruise, Esq.<br>808/262-2828<br>Ste 100<br>[COR LD NTC ret]<br>LAW OFFICES OF GERARD A. JERVIS<br>354 Uluniu St<br>Kailua, HI 96734 |
| K.M.B.S., INC., a Hawaii corporation dba Kaanapali Tours<br>    Plaintiff - Appellant | Dennis Niles, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Michael R. Cruise, Esq.<br>(See above)<br>[COR LD NTC ret] |

   v.

| | |
|---|---|
| PETER T. YOUNG, in his capacity as Chair of the Board of Land and Natural Resources, State of Hawaii, and Acting Director of the Department of Land and Natural Resources, State of Hawaii<br>    Defendant - Appellee | William Wynhoff, Esq.<br>FAX 808/587-2808<br>808/587-2988<br>Rm 300<br>[COR LD NTC dag]<br>AGHI - OFFICE OF THE HAWAII ATTORNEY GENERAL<br>Land/Transportation Division<br>465 S. King St.<br>Honolulu, HI 96813<br><br>Mark J. Bennett, Esq.<br>FAX<br>808-586-1500<br>[COR LD NTC dag]<br>AGHI - OFFICE OF THE HAWAII ATTORNEY GENERAL<br>425 Queen St.<br>Honolulu, HI 96813 |
| STEPHEN THOMPSON<br>    Defendant - Appellee | William Wynhoff, Esq.<br>(See above)<br>[COR LD dag] |
| RICHARD RICE, in his capacity as Administrator, Division of Boating and Ocean Recreation, Department of Land and Natural | |

```
                                              MOATT  INVATT
                                                        i
```

INTERNAL USE ONLY: Proceedings include all events.
05-16545 UFO Chuting of HI, et al v. Young, et al

Resources, State of Hawaii
    Defendant - Appellee

| | |
|---|---|
| UNITED STATES DEPARTMENT OF COMMERCE<br>    Defendant-intervenor - Appellee | Michael T. Gray, Esq.<br>FAX 202/353-1873<br>202/305-4903<br>[COR LD NTC usa]<br>DOJ - U.S. DEPARTMENT OF JUSTICE<br>Environment & Natural Resources Division<br>P.O. Box 23795, L'Enfant Plaza Station<br>Washington, DC 20026-3795<br><br>Harry Yee<br>FAX 808/541-3808<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| NATIONAL MARINE FISHERIES SERVICE<br>    Defendant-intervenor - Appellee | Michael T. Gray, Esq.<br>(See above)<br>[COR LD NTC usa]<br><br>Harry Yee<br>(See above)<br>[COR LD NTC aus] |